# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
### Case Number: 22-14760 (ABA)

Beth L. La Serre
7 Holly Drive
Cape May, NJ  08204

Monthly Payment: $969.00
Payments / Month: 1
Current Trustee Comp.: 10.00%

### For the period of 01/01/2024 to 12/31/2024
### The following are receipts posted in this case within the above dates:

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/16/2024 | $969.00 | 02/20/2024 | $969.00 | 03/18/2024 | $969.00 | 04/08/2024 | $969.00 |
| 05/24/2024 | $969.00 | 05/30/2024 | $-969.00 | 06/03/2024 | $969.00 | 07/01/2024 | $969.00 |
| 08/01/2024 | $969.00 | 08/30/2024 | $969.00 | 10/01/2024 | $969.00 | 11/01/2024 | $969.00 |
| 12/02/2024 | $969.00 | 12/31/2024 | $969.00 | | | | |

### The following are the creditors who are set up to be paid through this plan:

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | BETH L. LA SERRE | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | BRAD J. SADEK, ESQUIRE | 13 | $3,363.00 | $3,363.00 | $0.00 | $3,363.00 |
| 0 | BRAD J. SADEK, ESQUIRE | 13 | $400.00 | $400.00 | $0.00 | $400.00 |
| 1 | AMERICREDIT FINANCIAL SERVICES, INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | ATLANTIC CITY ELECTRIC COMPANY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | BBVA COMPASS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | BBVA COMPASS/PNC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | BANK OF AMERICA, N.A. | 33 | $6,414.07 | $0.00 | $6,414.07 | $0.00 |
| 6 | CAPITAL ONE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | JPMORGAN CHASE BANK, N.A. | 33 | $8,019.43 | $0.00 | $8,019.43 | $0.00 |
| 8 | CITI/SEARS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | CITIBANK/EXXON MOBILE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | CITIBANK/THE HOME DEPOT | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | CLIENT SERVICES, INC. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | COMENITY BANK/THE CHILDRENS PLACE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | MIDLAND CREDIT MANAGEMENT, INC. | 33 | $348.70 | $0.00 | $348.70 | $0.00 |
| 14 | U.S. DEPARTMENT OF EDUCATION | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | FIRST NATIONAL BANK OF OMAHA | 33 | $933.35 | $0.00 | $933.35 | $0.00 |
| 16 | KEYBANK/US BANK/CC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | FORD MOTOR CREDIT COMPANY, LLC | 24 | $37.32 | $37.32 | $0.00 | $120.90 |
| 18 | MIDLAND CREDIT MANAGEMENT, INC. | 33 | $8,562.35 | $0.00 | $8,562.35 | $0.00 |
| 19 | MRC/UNITED WHOLESALE M | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | MULLOOLY JEFFREY ROONEY & FLYNN | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | OCWEN LOAN SERVICING, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | PLANET HOME LENDING, LLC | 24 | $2,029.55 | $1,793.38 | $236.17 | $924.45 |
| 23 | SCRATCH FINANCIAL | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | PNC BANK, N.A. | 24 | $441.42 | $390.07 | $51.35 | $201.08 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 25 | SOUTH JERSEY GAS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26 | SYNCHRONY BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 27 | SYNCHRONY BANK/DISNEY | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28 | SYNCHRONY BANK/JCPENNEY | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29 | SYNCHRONY BANK/LOWES | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30 | TD BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 32 | WELLS FARGO BANK, N.A. | 24 | $543.84 | $480.55 | $63.29 | $247.72 |
| 33 | WELLS FARGO/FURNITURE MARKETING GROUP | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 34 | WORLD FINANCE/WORLD ACCEPTANCE CORP | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 35 | BRAD J. SADEK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 36 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 37 | VERIZON BY AMERICAN INFOSOURCE | 33 | $340.55 | $0.00 | $340.55 | $0.00 |
| 38 | WELLS FARGO BANK, N.A. | 33 | $440.04 | $0.00 | $440.04 | $0.00 |
| 39 | PLANET HOME LENDING, LLC | 24 | $8,912.01 | $7,584.40 | $1,327.61 | $2,699.92 |
| 40 | AMERICREDIT FINANCIAL SERVICES, INC. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 41 | PLANET HOME LENDING, LLC | 13 | $688.00 | $688.00 | $0.00 | $688.00 |
| 42 | PLANET HOME LENDING, LLC | 24 | $4,994.31 | $4,062.14 | $932.17 | $632.59 |
| 43 | PLANET HOME LENDING, LLC | 13 | $200.00 | $200.00 | $0.00 | $200.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 07/01/2022 | 14.00 | $0.00 |
| 09/01/2023 | Paid to Date | $8,776.00 |
| 10/01/2023 | 45.00 | $969.00 |
| 07/01/2027 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $11,628.00 |
| Total paid to creditors this period: | $9,477.66 |
| Undistributed Funds on Hand: | $1,744.20 |
| Arrearages: | $363.00 |
| Attorney: | BRAD J. SADEK, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**