**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF NEW JERSEY**

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

**Case Number: 22-14760 (ABA)**

Monthly Payment: $969.00
Payments / Month: 1
Current Trustee Comp.: 10.00%

Beth L. La Serre
7 Holly Drive
Cape May, NJ 08204

**For the period of 01/01/2025 to 12/31/2025**

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 02/03/2025 | $969.00 | 02/28/2025 | $969.00 | 04/01/2025 | $969.00 | 05/01/2025 | $969.00 |
| 06/02/2025 | $969.00 | 07/01/2025 | $969.00 | 08/01/2025 | $969.00 | 09/02/2025 | $969.00 |
| 10/01/2025 | $969.00 | 10/31/2025 | $969.00 | 12/01/2025 | $969.00 | 12/31/2025 | $969.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | BETH L. LA SERRE | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | BRAD J. SADEK, ESQUIRE | 13 | $3,363.00 | $3,363.00 | $0.00 | $0.00 |
| 0 | BRAD J. SADEK, ESQUIRE | 13 | $400.00 | $400.00 | $0.00 | $0.00 |
| 1 | AMERICREDIT FINANCIAL SERVICES, INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | ATLANTIC CITY ELECTRIC COMPANY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | BBVA COMPASS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | BBVA COMPASS/PNC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | BANK OF AMERICA, N.A. | 33 | $6,414.07 | $2,010.50 | $4,403.57 | $0.00 |
| 6 | CAPITAL ONE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | JPMORGAN CHASE BANK, N.A. | 33 | $8,019.43 | $2,513.69 | $5,505.74 | $0.00 |
| 8 | CITI/SEARS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | CITIBANK/EXXON MOBILE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | CITIBANK/THE HOME DEPOT | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | CLIENT SERVICES, INC. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | COMENITY BANK/THE CHILDRENS PLACE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | MIDLAND CREDIT MANAGEMENT, INC. | 33 | $348.70 | $97.17 | $251.53 | $0.00 |
| 14 | U.S. DEPARTMENT OF EDUCATION | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | FIRST NATIONAL BANK OF OMAHA | 33 | $933.35 | $292.56 | $640.79 | $0.00 |
| 16 | KEYBANK/US BANK/CC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | FORD MOTOR CREDIT COMPANY, LLC | 24 | $37.32 | $37.32 | $0.00 | $0.00 |
| 18 | MIDLAND CREDIT MANAGEMENT, INC. | 33 | $8,562.35 | $2,683.88 | $5,878.47 | $0.00 |
| 19 | MRC/UNITED WHOLESALE M | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | MULLOOLY JEFFREY ROONEY & FLYNN | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | OCWEN LOAN SERVICING, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | PLANET HOME LENDING, LLC | 24 | $2,029.55 | $2,029.55 | $0.00 | $868.93 |
| 23 | SCRATCH FINANCIAL | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | PNC BANK, N.A. | 24 | $441.42 | $441.42 | $0.00 | $188.99 |
| 25 | SOUTH JERSEY GAS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 26 | SYNCHRONY BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 27 | SYNCHRONY BANK/DISNEY | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28 | SYNCHRONY BANK/JCPENNEY | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29 | SYNCHRONY BANK/LOWES | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30 | TD BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 32 | WELLS FARGO BANK, N.A. | 24 | $543.84 | $543.84 | $0.00 | $232.83 |
| 33 | WELLS FARGO/FURNITURE MARKETING GROUP | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 34 | WORLD FINANCE/WORLD ACCEPTANCE CORP | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 35 | BRAD J. SADEK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 36 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 37 | VERIZON BY AMERICAN INFOSOURCE | 33 | $340.55 | $94.90 | $245.65 | $0.00 |
| 38 | WELLS FARGO BANK, N.A. | 33 | $440.04 | $137.93 | $302.11 | $0.00 |
| 39 | PLANET HOME LENDING, LLC | 24 | $8,912.01 | $8,912.01 | $0.00 | $4,884.48 |
| 40 | AMERICREDIT FINANCIAL SERVICES, INC. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 41 | PLANET HOME LENDING, LLC | 13 | $688.00 | $688.00 | $0.00 | $0.00 |
| 42 | PLANET HOME LENDING, LLC | 24 | $4,994.31 | $4,994.31 | $0.00 | $3,429.55 |
| 43 | PLANET HOME LENDING, LLC | 13 | $200.00 | $200.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 07/01/2022 | 14.00 | $0.00 |
| 09/01/2023 | Paid to Date | $8,776.00 |
| 10/01/2023 | 45.00 | $969.00 |
| 07/01/2027 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $11,628.00 |
| Total paid to creditors this period: | $9,604.78 |
| Undistributed Funds on Hand: | $1,768.18 |
| Arrearages: | $363.00 |
| Attorney: | BRAD J. SADEK, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**